UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NORTHWEST OSTEOSCREENING, INC., an Idaho corporation, directly and derivatively in its capacity as a member of IDAHO HEALTH SCREENINGS AND VACCINATIONS, LLC, an Idaho limited liability company, PREVENTATIVE HEALTH, LLC, an Idaho limited liability company, and DANIELLE BENNION,<br><br>               Plaintiffs,<br>  v.<br><br>MOUNTAIN VIEW HOSPTIAL, LLC, a Delaware limited liability company, BENJAMIN WOOD, JAMES ADAMSON, JOSH TOLMAN, SIASCONSET, LLC, an Oregon limited liability company, PREVENTATIVE HEALTH, LLC, a Delaware limited liability company, WELLNESS SCREENINGS, LLC, an Idaho limited liability company, and DOE ENTITIES I–X,<br><br>               Defendants. | Case No. 4:13-cv-00414-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order entered on October 2, 2014, it is hereby **ORDERED, ADJUDGED and DECREED** that judgment be entered in favor of defendants, and that this case be dismissed in its entirety.

DATED: October 16, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court